IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **ANDRES QUEZADA-SANTANA**, Defendant. | **CRIMINAL CASE NO:** 25-00308 (ADC) |

## DEFENDANT'S MOTION FOR A CHANGE OF PLEA

**COMES NOW** the defendant, **ANDRES QUEZADA-SANTANA,** through his undersigned counsel, and files this motion requesting the Honorable Court to set his case for a change of plea hearing.

WHEREFORE, the defendant respectfully requests that the Honorable Court grant this motion and schedule his case for a change of plea hearing.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

In San Juan, Puerto Rico on this 31st day of October 2025.

**DMRA Law LLC**
**Counsel for Defendant**
Capital Center Building
239 Arterial Hostos
South Tower, Suite 1101
San Juan, PR 00918
s/*Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
m.dominguez@dmrpr.com