**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**
**Plaintiff,**

      **vs.**                                 **CASE NO. 25CR00308-001 (ADC)**

**Andres Quezada-Santana**
**Defendant**
**************************************************

**MOTION IN COMPLIANCE**

**TO THE HONORABLE COURT**
**DISTRICT OF PUERTO RICO**

      **COMES NOW U.S. PROBATION OFFICER DAVID E. VAZQUEZ REYES in compliance to** Court order at Docket #31 instructing the probation officer to respond to motion filed by Mr. Quezada-Santana in Docket # 25.

      Since his release on bond, Mr. Quezada-Santana has maintained a law-abiding lifestyle and compliance with his pretrial release conditions which includes Location Monitoring. He has not presented challenges or deterrent behaviors such as using controlled substances, engaging in violent behavior or engaging in new criminal activities.

      As of the filing of this motion the undersigned has not received or observed any information as to how approving these discretionary leaves for family activities could impact his supervision in a negative manner.

      **WHEREFORE,** the undersigned has no objections to Mr. Quezada-Santana's request in coordination with the undersigned.

1

In San Juan, Puerto Rico, this 11th day of December 2025.

Respectfully submitted,

LUIS O. ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/David E. Vazquez Reyes*
David E. Vázquez-Reyes
U.S. Probation Officer
Federal Office Building, Room 225
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel (787) 309-0994 / Fax (787) 766-5651
Email: david_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, and notification of such filling will be sent to the parties involved via email.

In San Juan, Puerto Rico, this 11th day of December 2025.

*s/David E. Vazquez Reyes*
David E. Vázquez-Reyes
U.S. Probation Officer

2